Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 16-13813 (JNP)**

Timothy Myers  
5 Revere Way  
Sicklerville, NJ  08081-9686

Monthly Payment: $113.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2019 | $117.00 | 01/31/2019 | $230.00 | 01/31/2019 | $117.00 | 03/12/2019 | $117.00 |
| 04/11/2019 | $117.00 | 05/07/2019 | $117.00 | 07/09/2019 | $117.00 | 07/09/2019 | $117.00 |
| 08/12/2019 | $117.00 | 10/22/2019 | $117.00 | 10/22/2019 | $117.00 | 12/13/2019 | $117.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TIMOTHY MYERS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $250.68 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,334.45 | $58.41 | $2,276.04 | $51.02 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CVI LOAN GT TRUST I | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $7,210.91 | $180.45 | $7,030.46 | $157.62 |
| 9 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ECAST SETTLEMENT CORPORATION | 33 | $15,343.11 | $383.95 | $14,959.16 | $335.38 |
| 12 | CITIFINANCIAL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CITIMORTGAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $562.90 | $14.09 | $548.81 | $12.31 |
| 15 | DISCOVER BANK | 33 | $6,828.90 | $170.89 | $6,658.01 | $149.27 |
| 16 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DITECH FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LAWN DOCTOR OF STRATFORD-TURNERSVILLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MID AMERICA BANK & TRUST COMPANY | 33 | $419.90 | $10.51 | $409.39 | $9.17 |
| 24 | MUNICIPAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OCWEN LOAN SERVICING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | MIDLAND FUNDING, LLC | 33 | $1,081.39 | $27.06 | $1,054.33 | $23.64 |
| 27 | SEARS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TOWNSHIP OF WINSLOW | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. BANK CUST PC4 FIRSTRUST BANK | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | AMERICAN INFOSOURCE, LP | 33 | $145.68 | $3.65 | $142.03 | $3.19 |
| 33 | AMERICAN INFOSOURCE, LP | 33 | $145.90 | $3.66 | $142.24 | $3.19 |
| 34 | TOWNSHIP OF WINSLOW | 24 | $239.58 | $239.58 | $0.00 | $239.58 |
| 35 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SCOTT M. ZAUBER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 13 | $526.00 | $526.00 | $0.00 | $51.10 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2016 | 60.00 | $113.00 |
| 04/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,517.00 |
| Total paid to creditors this period: | $1,286.15 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $186.00 |
| Attorney: | JEANIE D. WIESNER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**