Certificate Number: 05781-NJ-DE-035050355

Bankruptcy Case Number: 16-13813



05781-NJ-DE-035050355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2020, at 2:16 o'clock PM PST, Timothy Myers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 3, 2020

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President