UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085169B

In Re:

Timothy Myers

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-13813-JNP

Hearing Date: October 27, 2020
Judge: Jerrold N. Poslusny Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

**ORDER RESOLVING CERTIFICATION OF DEFAULT
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the followi

**DATED: November 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Jeanie D. Wiesner, Esquire |
| Property Involved ("Collateral"): | 5 Revere Way, Sicklerville, NJ 08081 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from August 1, 2020 to October 1, 2020.
   - ☒ The Debtor is overdue for three payments at $2,328.70 per month.
   - ☒ Less suspense balance of $558.30.
   
   Total Arrearages Due $6,427.80.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Immediate payment shall be made in the amount of $6,427.80.  Payment shall be made no later than November 13, 2020.
   - ☒ Beginning on November 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,328.70.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payment:
     
     Mr. Cooper
     Attn:  Bankruptcy Department
     PO Box 619094
     Dallas, TX 75261-9741

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:
   ☒ The Applicant is awarded attorneys fees of $200.
   The fees and costs are payable:
   ☒ through the Chapter 13 Plan.