UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085169B

In Re:

Timothy Myers

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-13813-JNP

Hearing Date: October 27, 2020
Judge: Jerrold N. Poslusny Jr.

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

**ORDER RESOLVING CERTIFICATION OF DEFAULT
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the followi

**DATED: November 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Jeanie D. Wiesner, Esquire |
| Property Involved ("Collateral"): | 5 Revere Way, Sicklerville, NJ 08081 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for three months, from August 1, 2020 to October 1, 2020.
    - ☒ The Debtor is overdue for three payments at $2,328.70 per month.
    - ☒ Less suspense balance of $558.30.
    
    Total Arrearages Due $6,427.80.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Immediate payment shall be made in the amount of $6,427.80.  Payment shall be made no later than November 13, 2020.
    - ☒ Beginning on November 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,328.70.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Regular monthly payment:

        > Mr. Cooper
        > Attn:  Bankruptcy Department
        > PO Box 619094
        > Dallas, TX 75261-9741

4. In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:
   - ☒ The Applicant is awarded attorneys fees of $200.

   The fees and costs are payable:
   - ☒ through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:  
Timothy Myers  
    Debtor(s)

Case No. 16-13813-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 19, 2020      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy Myers, 5 Revere Way, Sicklerville, NJ 08081-9686 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Timothy Myers jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Kevin Gordon McDonald | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org |

District/off: 0312-1   User: admin   Page 2 of 2
Date Rcvd: Nov 19, 2020   Form ID: pdf903   Total Noticed: 1

Stuart A. Platt
                on behalf of Creditor Township of Winslow platt@prlawoffice.com

TOTAL: 8