## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
1624 Pacific Ave.
Atlantic City, NJ 08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

| | |
|---|---|
| In re: | IN BANKRUPTCY |
| | CHAPTER: 13 |
| Timothy Myers | |
| | CASE NO.: 16-13813 (JNP) |
| Debtors | JUDGE: Jerrold N. Poslusny, Jr. |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Jeanie D. Wiesner, Esq. of

Sadek & Cooper Law Office will be substituted as attorney of record for Timothy Myers, debtor in

case number 16-13813.

Dated: 4-5-2021

/s/ Thomas J. Subranni, Esq.
Signature of Former Attorney

Dated: 4/5/2021

/s/ Jeanie D. Wiesner, Esq
Signature of Substituted Attorney
Sadek & Cooper Law Office