Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−13813−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy Myers
   5 Revere Way
   Sicklerville, NJ 08081−9686

Social Security No.:
   xxx−xx−4604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            June 1, 2021
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*84* − Certification in Opposition to Certification of Default (related document:82 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 5 Revere Way, Sicklerville, NJ 08081. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc.) filed by Robert P. Saltzman on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 05/6/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Jeanie D. Wiesner on behalf of Timothy Myers. (Attachments: # 1 Exhibit) (Wiesner, Jeanie)

and transact such other business as may properly come before the meeting.

Dated: May 6, 2021
JAN: kaj

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Timothy Myers<br>    Debtor | Case No. 16-13813-JNP<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2021 | Form ID: 173 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Timothy Myers, 5 Revere Way, Sicklerville, NJ 08081-9686 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021                                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com   summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com   summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dnj@pbslaw.org |
| Stuart A. Platt | on behalf of Creditor Township of Winslow platt@prlawoffice.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 06, 2021 | Form ID: 173 | Total Noticed: 1 |

Thomas J Subranni      on behalf of Attorney Subranni Zauber  LLC Tom@subranni.com, cwild@subranni.com;dhoff@subranni.com;Melissa@subranni.com;ecf@subranni.com;Mholland@subranni.com

TOTAL: 8