Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 16–13813–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy Myers
   5 Revere Way
   Sicklerville, NJ 08081–9686

Social Security No.:
   xxx–xx–4604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 5, 2021
Time:           11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*89* – Certification in Opposition to Creditors Certification of Default (related document:88 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 5 Revere Way, Sicklerville, NJ 08081. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc.) filed by Robert P. Saltzman on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 09/10/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Jeanie D. Wiesner on behalf of Timothy Myers. (Attachments: # 1 Exhibit) (Wiesner, Jeanie)

and transact such other business as may properly come before the meeting.

Dated: September 13, 2021
JAN: kaj

                                                  Jeanne Naughton
                                                  Clerk