**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Timothy Myers | Social Security number or ITIN   xxx–xx–4604 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–13813–JNP | |

# Order of Discharge                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Myers

11/5/21                                    **By the court:** Jerrold N. Poslusny Jr.
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Timothy Myers  
    Debtor

Case No. 16-13813-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 05, 2021     Form ID: 3180W     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy Myers, 5 Revere Way, Sicklerville, NJ 08081-9686 |
| aty | + | Subranni Zauber, LLC, 1624 Pacific Avenue, Atlantic City, NJ 08401-6958 |
| lm | | Seterus, Inc., P.O. Box 2206, Grand Rapids, MI 49501-2206 |
| cr | + | Seterus, Inc. as the authorized subservicer for Fe, PO Box 1047, Hartford, CT 06143-1047 |
| 516030477 | | CVI Loan Trust, Attn: camden County Court, 101 S 5th St, Camden, NJ 08103-4001 |
| 516030468 | | Capital One/Value City, PO Box 5253, Carol Stream, IL 60197-5253 |
| 516030474 | + | CitiFinancial, Inc., Attn: Faloni & Assoc., 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 516030471 | | Citibank, Attn: ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516030473 | + | Citifinancial, 605 Munn Rd E, Fort Mill, SC 29715-8421 |
| 516030475 | | Citimortgage, PO Box 5243, Sioux Falls, SD 57117-5243 |
| 516030478 | | Discover Bank, Attn: Camden County Court, 101 S 5th St, Camden, NJ 08103-4001 |
| 516030479 | | Discover Bank, Attn: Forster Garbus & Garbus, 60 Vanderbilt Motor Pkwy, Commack, NY 11725-5710 |
| 516030482 | | Federal National Mortgage Assoc., Attn: Pluese Becker & Saltzman, 20000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4318 |
| 516030483 | | GE Capital, Attn: Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 516030484 | | GE Capital Retail Bank, Attn: Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 516030485 | | Lawn Doctor of Stratford-Turnersville, PO Box 417, Mullica Hill, NJ 08062-0417 |
| 518285214 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518285215 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 516030488 | | OCWEN Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 516030490 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 516200149 | | Seterus, Inc. as the authorized subservicer, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516030491 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516060628 | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Road, Stratford, NJ 08084-1404 |
| 516030494 | | US Bank CUST/PC 4 Firsttrust Bank, 50 S 16th St Ste 2050, Philadelphia, PA 19102-2516 |
| 516030496 | | Verizon Wireless, Attn: Pinnacle Credit Services, PO Box 640, Hopkins, MN 55343-0640 |
| 516030495 | | Verizon Wireless, Attn: Vision Financial Corp., PO Box 7477, Rockford, IL 61126-7477 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516030464 | | EDI: AMEREXPR.COM | Nov 06 2021 00:13:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516159026 | | EDI: AIS.COM | Nov 06 2021 00:13:00 | American InfoSource LP as agent for, Verizon, PO |

Case 16-13813-JNP    Doc 99    Filed 11/07/21    Entered 11/07/21 23:18:00    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 248838, Oklahoma City, OK 73124-8838 |
| 516030465 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 05 2021 20:24:00 | Atlantic City Electric, POB 13610, Philadelphia, PA 19101-3610 |
| 516046898 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 05 2021 20:24:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516030466 | | EDI: BANKAMER.COM | Nov 06 2021 00:13:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516030467 | | EDI: BANKAMER.COM | Nov 06 2021 00:13:00 | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 516030470 | | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | Citibank, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 516030472 | + | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 516030476 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2021 20:35:25 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 516030480 | | EDI: DISCOVER.COM | Nov 06 2021 00:13:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 516051732 | | EDI: DISCOVER.COM | Nov 06 2021 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516030469 | | EDI: JPMORGANCHASE | Nov 06 2021 00:13:00 | Chase/Bank One Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 516269249 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:15 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 516245825 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516030487 | | Email/Text: bankruptcynotice@nymcu.org | Nov 05 2021 20:24:00 | Municipal Credit Union, 22 Cortlandt St, New York, NY 10007-3107 |
| 516030486 | | EDI: TCISOLUTIONS.COM | Nov 06 2021 00:13:00 | Mid America Bank & Trust, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 516129233 | + | EDI: TCISOLUTIONS.COM | Nov 06 2021 00:13:00 | Mid America Bank and Trust, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 516177293 | + | EDI: MID8.COM | Nov 06 2021 00:13:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516030488 | | EDI: LCIPHHMRGT | Nov 06 2021 00:13:00 | OCWEN Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 516030492 | + | EDI: RMSC.COM | Nov 06 2021 00:13:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 516030489 | | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 516030493 | + | Email/Text: chegyi@winslowtownship.com | Nov 05 2021 20:24:00 | Township of Winslow, 125 S Route 73, Hammonton, NJ 08037-9422 |
| 516030497 | + | Email/Text: chegyi@winslowtownship.com | Nov 05 2021 20:24:00 | Winslow Township, 125 S Route 73, Hammonton, NJ 08037-9422 |
| 516257802 | | EDI: ECAST.COM | Nov 06 2021 00:13:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 51 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Road, Stratford, NJ 08084-1404 |
| 516244468 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus, Inc., PO Box 1047, Hartford, CT 06143 |
| 516030481 | ## | Ditech Financial, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021                        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dnj@pbslaw.org |
| Stuart A. Platt | on behalf of Creditor Township of Winslow platt@theplattlawgroup.com |
| Thomas J Subranni | on behalf of Attorney Subranni Zauber LLC Tom@subranni.com, cwild@subranni.com;dhoff@subranni.com;Melissa@subranni.com;ecf@subranni.com;Mholland@subranni.com |

TOTAL: 8